From: Andre Raikhelson <arlaw@raikhelsonlaw.com>
Date: November 24, 2016 at 8:44:20 AM EST
To: <aperez@carnival.com>
Cc: Aric Williams <aric@aricwilliamslaw.com>
Subject: Williams vs. Carnival Cruise Lines

Dear Mr. Arnaldo Perez:

My name is Andre Raikhelson, and I, along with my partner, Aric Williams, represent Ms. Pamela Williams. I am of the understanding that you are the general counsel for Carnival Corporation. On November 7, 2016, I sent, via certified mail, a Request for Waiver of Summons to your Registered Agent, NRAI Services, Inc. Pursuant to the Federal Rules of Civil Procedure, the Request for Waiver of Summons contained 2 copies of the Waiver, a copy of the complaint, and a self-addressed envelope. NRAI Services, Inc. has confirmed that these materials were received and sent to your company.

Based on our mutual interest in resolving cases in an expedient manner, I would like to inquire as to the status of my Request for Waiver of Summons, and whether you intend to return the Requested form signed. If it is more convenient to you, I am more than happy to send you a copy of the complaint and the Request for Waiver of Summons via e-mail upon your request.

Please note, however, that if you refuse to accept my Request for Waiver of Summons, or fail to comply by December 7, 2016, we will ask the Court, pursuant to Fed. R. Civ. P. 4 (d)(2), to impose the costs incurred in making service, as well as attorney's fees, including any attorney's fees incurred by drafting the motion in order to compel collection of those fees.

Please let me know your intentions regarding this matter. I have attached a scanned image of the U.S. Postal Service Certified Mail Receipt for your convenience.