Forwarded message
From: **Tejera, Valentina (CCL)** <vtejera@carnival.com>
Date: Mon, Nov 28, 2016 at 2:17 PM
Subject: FW: Williams vs. Carnival Cruise Lines
To: "arlaw@raikhelsonlaw.com" <arlaw@raikhelsonlaw.com>, "aric@aricwilliamslaw.com" <aric@aricwilliamslaw.com>

Dear Mr. Raikhelson and Mr. Williams,

We are in receipt of your correspondence below.  I called and left a voice message with Mr. Williams's office last Wednesday, November 23, to discuss this case, but have not heard back.

Please be advised Carnival will not waive service of process in this matter since it has come to our attention that the above captioned action filed in the Southern District Court of Florida is time barred pursuant to the applicable Ticket Contract that requires suit to be brought within one year.  In the event Plaintiff pursues and Carnival is required to defend this action, it will assert a counterclaim against Plaintiff for the recovery of attorney's fees and costs in connection with defending this case.

Please feel free to call me at 305-406-7556 to discuss this matter further.

Regards,

Valentina Tejera